IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **CHELLO M. TRAVIS,**     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| v.     ) | 1:09cv171-MHT |
| ) | (WO) |
| **CREDIT SYSTEMS**     ) | |
| **INTERNATIONAL, INC.,**     ) | |
| ) | |
| Defendant.     ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (Doc. No. 8) is granted and that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of July, 2009.

                       /s/ Myron H. Thompson   
                       UNITED STATES DISTRICT JUDGE